UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENDA LEE STEPP, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-851 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ANDREA HUNTLEY and CHRIS HUNTLEY, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

Having concluded that the Court lacks subject-matter jurisdiction, the Court dismissed this lawsuit without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 5, 2023                                                        /s/  Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge